Villavaso et al. vs. Barthet et al.

## No. 9543.

### J. M. VILLAVASO ET AL. VS. LOUIS BARTHET ET AL.

On appeal from an order dissolving an injunction on bond, when a motion to dismiss the appeal on the ground that the interlocutory order appealed from could not work an irreparable injury, our decree denying the motion to dismiss and holding that the acts enjoined. if committed, would operate irreparable injury, necessarily involves the conclusion that the injunction should not have been dissolved on bond, and hence the dissolving order appealed from must be avoided and reversed.

| 38 | 417 |
|---|---|
| 49 | 584 |

| 38 | 417 |
|---|---|
| 50 | 273 |
| 50 | 274 |

| 38 | 417 |
|---|---|
| 110 | 968 |

APPEAL from the Civil District Court for the Parish of Orleans. Houston, J.

White & Saunders for Plaintiffs and Appellants.

E. H. McCaleb and B. R. Forman for Defendants and Appellees.

The opinion of the Court was delivered by

FENNER, J.   The plaintiffs obtained an injunction in the court a qua.  It was dissolved on bond by that court.  From the dissolving order, this appeal was taken.  The defendant appellees moved to dismiss the appeal on the ground that the dissolving order was interlocutory in its nature, entailing no irreparable injury and, therefore, not appealable.

The motion to dismiss was denied for the reason that the acts enjoined, if committed, would operate irreparable injury.

Under this finding it follows the order dissolving the injunction was error, and must now be reversed.

It is, therefore, ordered, adjudged and decreed, that the order dissolving plaintiffs' injunction, herein appealed from, be annulled, avoided and reversed, appellees to pay costs of this appeal and of the proceeding to dissolve in the lower court.